IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES SIMMONS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | No. 4:19cv3301 |
| UBS FINANCIAL SERVICES, INC. and PRELLE FINANCIAL GROUP, INC., | § § § § § | Jury Trial Demanded |
| Defendants. | § | |

## NOTICE OF APPEAL

Plaintiff James Simmons appeals the Order and Final Judgment (Doc. 18) and Memorandum and Order (Doc. 13) to the United States Court of Appeals for the Fifth Circuit.

    /s/ David C. Holmes
David C. Holmes, Attorney in Charge
State Bar No. 09907150
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
Telephone: 713-586-8862
Fax: 713-586-8863
dholmes282@aol.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this pleading was sent electronically to all counsel of record on January 24, 2020.

/s/ David C. Holmes
David C. Holmes