# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 24, 2020
Lyle W. Cayce
Clerk

No. 20-20034

JAMES SIMMONS,

United States Courts
Southern District of Texas
FILED
September 17, 2020
David J. Bradley, Clerk of Court

*Plaintiff—Appellant,*

*versus*

UBS FINANCIAL SERVICES, INCORPORATED,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-3301

Before SMITH, WILLETT, and DUNCAN, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Sep 17, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 17, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 20-20034    James Simmons v. UBS Financial Services, Inc.  
                              USDC No. 4:19-CV-3301

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christina Rachal*  
                              By: _____  
                              Christina C. Rachal, Deputy Clerk

cc:  
      Mr. David Charles Holmes  
      Mr. Travis Justin Odom  
      Mr. Adam R. Perkins