IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES SIMMONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 4:19cv3301 |
| | § | |
| UBS FINANCIAL SERVICES, INC. | § | Jury Trial Demanded |
| and PRELLE FINANCIAL GROUP, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SETTLEMENT**

The remaining parties mediated this case with Richard Brann on March 29, 2021. The case settled. The parties anticipate that the settlement will be completed within thirty days.

/s/ David C. Holmes
David C. Holmes, Attorney in Charge
State Bar No. 09907150
Southern District No. 5494
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
Telephone: 713-586-8862
Fax: 713-586-8863

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this pleading was sent electronically to all counsel of record on March 30, 2021.

/s/ David C. Holmes
David C. Holmes