United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| James Simmons, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-3301 |
| UBS Financial Services, Inc., *et al.*, | § § § | |
| Defendants. | § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice. (31)

2. By April 30, 2021, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed on March 30, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge